UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEMETROIS T. DIXSON,<br><br>   Plaintiff,<br><br>   v.<br><br>BETHLEHEM ASHEME HAILE, et al.,<br><br>   Defendants. | No.  2:20-cv-00998-CKD P<br><br><br><br>ORDER |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.  Currently pending before the court are plaintiff's motions to extend the discovery deadline in this case until December 6, 2021 based on his lack of access to the prison law library due to the COVID-19 pandemic.  ECF Nos. 28, 29.  The court will order defendant to file a response to the motion within 21 days.  Plaintiff may file a reply within 14 days from the date of service of defendant's response.  The motion will be deemed submitted on the papers after the receipt of the parties' briefs or the expiration of the deadline for filing them.

Accordingly, IT IS HEREBY ORDERED that:

1. Defendant shall file a response to plaintiff's motion to modify the discovery and scheduling order within 21 days from the date of this order.

2. Plaintiff may file a reply within 14 days from the date of service of defendant's

1

response.

3. All pending deadlines will be reset as appropriate upon resolution of the pending motions.

Dated: September 8, 2021

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

12/dixs0998.modifyDSO.docx

2