UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEMETROIS T. DIXON,<br><br>Plaintiff,<br><br>v.<br><br>BETHLEHEM ASHEME HAILE, et al.,<br><br>Defendants. | No.  2:20-cv-0998 CKD P<br><br><br><br>ORDER |

Plaintiff has filed a motion for extension of time to file and serve an opposition to defendants' February 25, 2022, motion for summary judgment.  Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (ECF No. 42) is granted; and

2. Plaintiff is granted ninety days from the date of this order in which to file and serve his opposition.

Dated:  April 4, 2022

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

12/dixo0998.36.docx